■ JULIE BRUMLIK, Respondent, v FEDERAL INSURANCE COMPANY, Appellant. [599 NYS2d 360] —Order, Supreme Court, New York County (Peter Tom, J.), entered on or about November 5, 1992, unanimously affirmed for the reasons stated by Tom, J., with costs and disbursements. No opinion. Concur—Milonas, J. P., Ellerin, Ross, Asch and Kassal, JJ.